JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ZANDIFAEZ; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYWOOD AGENCY, LLC, d.b.a. HOLLYWOOD AUDITIONS,<br><br>Defendant. | Case No.: 8:14-cv-02057-DOC-AN<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based upon Plaintiff's voluntary dismissal request, and good cause, this Court hereby orders the Plaintiff's claim to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_David O. Carter_
_____
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE

---